IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF OHIO

**FILED**

MAR 20 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

)
)
)
Renecia M. Stanley )
_____Plaintiff(s)_____ )
)
vs. )
)
State of OHIO )
_____Defendant(s)_____ )
)

CASE NO. 3:26 CV 674

**JUDGE KNEPP**

JUDGE _____

MAG JUDGE CLAY

Northwood Police Dept
City of Toledo Court & Clerk of courts
Maumee Clerk of Courts
City of Toledo Police Dept

Complaint

Complaint against all Toledo municipalities-This is all over the place because you had my traffic and criminal cases all over the place.

State of Ohio

Northwood Police Department

El Tawil, Maarouf- 1702 Spring Forest Dr. Oregon, OH. 43616

Lydia M. Rodriguez - 924 rogers St. Toledo Ohio 43605

Perrysburg Court and clerk of courts

Maumee Clerk of Courts

City of Toledo Police and court

1716 Spilbusch Ave

Toledo, OH. 43604

Misconduct, falsification of information, failure to provide evidence, cohersion, negligence, failure to charge defendant, disregard for mental health status.

Northwood Police Department, Perrysburg Court, Maumee Court will be included for the/duplicated tickets from Albert Bell (habitual offender who should have had consequences prior to stealing my car. Most recent in 08/25. Paid another ticket I'd already paid, in Maumee due to poor record keeping. Paid duplicated tickets due to you all bounding my charges to different municipalities. Another effort intentionally create and cause confusion. Administrative staff at the United States Courts for Impeding on my ability to file a lawsuit without obstruction of my civil rightI will continue to document how you all failed to properly complete or conduct an administrative review. I have documented all conversations, emails, and telephone calls. Violation of privacy by providing Spectraforce w/ a new Ohio telephone number.

I.E., refusing to speak w/me and preventing me from recording, "MY" conversation. After calling an ambulance for exacerbation of my symptoms harassment and retaliation. If they would at some point take any accountability I wouldn't have to record my phone conversations. It's a safety measure as their inability to do their jobs and their reaction tome yet again exercising my freedom of speech without threatening harm, or cursing. I think you all truly need to understating the term misconduct. It is in my best interest to record. I've learned just how racism that stems in Ohio. I'm sure my words have been repeated and went unheard from many Brown people of African Descent. My documentation yet again reflects the kickback and crude and oppressional behavior. Privacy concerns w/United States Administration staff providing my number to Spectraforce a new Ohio number. I had a Georgia number until 2 weeks ago at the time the call was made. Again during the time I was being impeded upon to file the lawsuit. The probability of Spectraforce calling 2 years later, while I'm filing a lawsuit against them, to my new number. The probability is zero. The only outliers would be the staff of the United States Court District. So yes, I documented all calls since being in Ohio.

Misconduct-again the only place who has ever stated misconduct would be the one's with the most-Toledo Police, and all the above.

Where is my statement and interview w/NPD on the day of CRB1300915

The statement provided by NPD shows no record of me or my daughter being detained for 4 hours min. So you also not documenting Natural born US citizens?  The white care reported was mines, not El Tawil, Maarouf- 1702 Spring Forest Dr. Oregon, OH. 43616-In the incident that led to the retaliation and the remaining lawsuits I file. Will document and support my present claims.


I asked for a public defender in 2013 and entered a no guilty plea.  It is then that my case was bound over to Perrysburg.  I was forced due to my economical state and the fact that my license was illegally impeded upon.

Causing confusion for Kenosha County, shortly there after I would leave Toledo.  Return home in 2015 for a 911 dispatch position.   While running a background, this would be the start of me losing federal job opportunities outside of Ohio or within.  Being raised in Wisconsin they are aware I advocate for myself.  I've never had misconduct for speaking as an adult.  Even then I wouldn't bare much consequence as there was alwasy truth in it.  So, I knew when they questioned it but still gave me the job.  My character would remain in tack.  I paid for driving school in Wisconsin.  Had my permit at 15 and license at 16.  Never had them suspended, revoked, points until Toledo.  Again, I don't have any charges prior to this.  questioning the validity of the file and case.  The fact that this grown man who was a foreigner was displaying very aggressive behavior over my teenage daughter.  Only after I left and repeatedly told him, that she's 16 years.  That here in he United States, you are considered a Pedophile.  Why wasn't he arrested because he slammed my daughter's hand first.  He shouldn't have been a grown ass man pacing back and forth.  All he had to do was actually give us the car back because it was illegally repossessed. Let her retrieve her items, here in the United States you don't get to Along w/the defendant statement that was also Hispanic.  My forced plea, was no contest.  Due to any pretrial interaction w/public defender, I was on my own.   And just like now, I was met with severe resistance. You all are aware why the interview doesn't exist.  You reading this are also aware NPD was in possession of my tablet. So again, I was there why isn't anything to support my claims available? Where's the DVD from the police report that includes my interview a NPD.  Why isn't my daughter statement been taken.  Why didn't I receive a public defender.  Why is my daughter statement not present.  Again, per your laws and you saw the video.  The defendant was hanging around the car door. He slammed my daughters hand in it during the tussle.  She was trying to get her items out of a vehicle they stole.  You all allow these immigrants to believe they can mirror your white treatment.  It's unacceptable for the whites also. Had he allowed her a child to this grown ass man retrieve her items without him intervening.  I'd make complaints about the principal at Leverette who was later convicted after it was a white girl being sexually harassed.  I will also be filing charges against Toledo ENT as they also had a known pedophile while I had my surgery in Sep. 2025.  Make sure your sex registry is up to date. Violation of patient rights, you are to notify the patients.   My daughter was underage at the time and per your law he was threatening.  El Tawil, Maarouf- 1702 Spring Forest Dr. Oregon, OH. 43616

Lydia M. Rodriguez - 924 rogers St. Toledo Ohio 43605, was in Woodville auto for the same complaint. I'd like to know his and her legal status.  Had they had any priors?  She was promised safety.  I don't know how you can determine from a video without audio what she said to me.  What we do have record of is missing pieces that weren't documented.

My daughter and I are females.  Just like on 03/12/26, the white officers chose to do the same thing.  I want all documentation as to why the elevator stopped in a new building at 1716 Spielbush.  You all have a history

of poor record keeping and systemic racism.  The calls made prior to find out where my paperwork was. It happened in NPD, you all restructure your illegal buildings to cause confusion.  So, if it sounds confusing it's because it was always your intention.  I've lost jobs behind this, mental anguish, and the record will show.  This is why I can't receive any assistance in Ohio.  The 2 gentleman who were harassing me at 1716 Spielbuch, charged with misconduct, Retaliatory in nature.  Your law dictates that I was in the right.  The fact that the law changed in 2021.  Prior till, I still provided waring, he was immigrant more than likely undocumented.  Kenosha County as well wondered why my license was blocked due erroneous administrative error amongst all parties, including Maumee.  I want to be compensated for you impeding on my ability to make a viable income.  Caused me to have to give my son's father custody, due to loss of transportation.  Due to lack of support for state funded resources. You all have wreaked havoc on my life.  Again, make sure your sex offender registry is up to date.  I will continue to fight for compensation for your gross and continued harassment, retaliation and negligence. Given the next claim I'm filing.  I will be filing something against Amtrack as well.  Seeing you don't have any illegals in Ohio. Pedophiles, murders, thieves, drug heads.  Yet you chose to bother the law abiding, Wisconsin citizen.  I want the case reopened as I made the decision out of duress. It will also substantiate any further claims.  The defendants listed in the case.  I'd like review of their citizenships shown and any background information.  That would include again, 2 immigrant defendants who were promised not to what be deported.  Again, the case wasn't properly documented, nor the file.  Why isn't my daughter and I statement included.  Why is the time in custody not documented.  You interviewed us separately.  I am seeking financial relief for what has transpired.

I also want the call from 09/26/25 that was made to Toledo Police.  The time line will show that I was fired from Spectraforce.  I want my call from that day.  As someone provided Spectraforce with a new number I'd only had for 2 weeks.  While I was at the speilbusch address filing a lawsuit against Spectraforce.

Toledo courts as well for abuse of power, by taking and putting on blocks for tickets I shouldn't have had.  Again, Kenosha chose to disregard and provide my license and Maumee for putting another duplicated charge on my record -08/01/25.h

I bet what you will find during my tenor in Toledo trifling town is that, my name has been mentioned at every school my children attended, at the district advocating for my kids.  Every teacher including, the pedophile at Leverett knows my name.  Was very involved ensuring I was advocating for my children during the many challenges we've faced here.  Make no mistake I arrived here at 28years old and was paying for my children assistance. Wisconsin, Georgia, Ohio provided minimal assistance and with that minimal assistance came challenges to even receiving the assistance.  Thus, affecting my mental health in hindsight. I didn't have to take medication until 2010 six years after being in Toledo.  What I do know is when I arrived in Toledo in 2004 by 2005, I had graduated w/Medical Billing and Coding certification w/honors.  In 2005, met with the same racist challenges was able to complete 80% of a dual degree while working at the Bookstore at Owens.  Again, maintain a 3.8 GPA, in science.  All while my children played sports and I was involved in a many field trips and donation.  I've held jobs in Toledo from Harbor Bond Fund experiencing backlash to sexual harassment from a white man.  to American Red Cross,

where I was attacked by a white woman. It went to EEOC, but they stated because I was bigger than her. Yet, she walked in my space at my desk after I complained of inappropriate conversations. I'll pull my American Red Cross Records. Ohio is responding to the inability to do me like the railroad all the other blacks in Toledo. It was well recorded and shortly after that chapter was supposedly closed. So, what I can show is that I only have misconduct issues in Ohio. Documentation will show, the group effort within Ohio to impede upon my mental ability, motherly duties, ability to have a maintain a job. It is solely due to systemic racism. I completed a externship w/Toledo hospital. I was raising 3 kids in Georgia, paying $1,000 a month for rent. My children attended the best of school, and social activities in Georgia. Both children were born in Wisconsin. I've done my best by putting them in Rosary Cathedral and Charter Schools. My daughter is a Scott graduate, a GED, a H.S. diploma from Las Vegas. Your claims and my character aren't aligning. Documentation will show the retaliation occurred after the pedophile complaint I made regarding Leverett then principal having inappropriate meetings alone w/my child. Her calling me from school because he was making her uncomfortable. Then the incident in Northwood, I left here again and returned home, WI. I became a 911 dispatcher and the only thing then and now on my record was the incident in Northwood Ohio. The statement includes what the police stated but where is the interview. Because in the statement that I've been asking for now shows, I went to retrieve my white car. That was my malibu that you all later charged me for Albert driving it without license for the thousandth time. So, I went to get my car, and while in my absence, she was trying to close the door to remove her items. He was continuting his inappropriate advances towards my 16-year-old daughter. The incident in which I've included in my complaint. The incident in which Wisconsin, queried me about. The fact that yet another grown man was making advances with my child but was never charged. Instead, you wanted to charge my daughter, I explicitly explained what occurred. None of that is my record, nor any documentation of my daughter being present and providing a statement. The 4 hours I spent at Northwood being interviewed. I was never formally arrested yet that's what the documentation shows. Either way why is there no documentation of my being in NPD or my daughter's. El Tawil, Maarouf- 1702 Spring Forest Dr. Oregon, OH. 43616

new I went to retrieve my vehicle as a teenager he shouldn't have said anything. That's why they are trying to put in on my daughter. Either way she was a minor. The car was in my name again I told him to get away from my CHILD!!!! It's pretty clear it was a collective effort as I've returned to Ohio. Being met with the same discriminatory and retaliatory practices with any state resources or assistance to obtaining those resources. The last incident in 2023 was on the heels of the election, I was again witness to misconduct w/Toledo Police, Amtrak. The probability of this supporting documentation, will attest. The only outliers would be Ohio and their documentation.

Renecia M Stanley

3/20/26

47883 Violet Rd D

Toledo, OH 43623

Complaint against Amtrak 09/25/24-discriminatory practice, gross negligence, theft of service

Knowingly attempted to struggle illegals out of Toledo, Ohio during this trip. Trying to pair me with Indians, Hattians. The conductor who was as well concerned for my safety and my belongings. The white male attendant at Amtrak who without warrant, became aggressive about my work equipment. I was met with opposition as well. I want the manifesto from the trip that day. 09/25/26. I have the text messages where you all for days kept rescheduling my trip. I have continued to Request all video from Toledo Amtrack. Documentation has been made and retained from North Carolina and the Police call I made. They put us off and told us to make it back to Georgia the best way. FEMA was denied. You all were complicit in this and will be also filing charges for mental, physical, emotional damages. I as well lost my job during this time, as you all are aware. Due to Ohio, It's clear that the day I was being harassed at the United States Court District, which want all documentation from my visits to include the incident on the elevator and the ambulance called that had to be made as a result of the unwarranted, excessive misconduct. Is it a coincidence that Spectraforce, which I also recorded the call as the number is now disconnected? However, I recorded the call when I called back. I was in Spielbusch and hadn't heard from Spectraforce in 2 years. My number had just been changed to an Ohio number. So violation of privacy rights as well needs to be added to my complaint. I want the video from the security following me around and show me besides freedom of speech where this was warranted.

Renecia M. Stanley

03/18/26

I want it noted that prior to living in Toledo, Ohio, my record was clean. During my time here I've been a cooperative citizen while the criminals of Toledo harassed me. During my time I invested in kids schooling at Rosary Cathedral due to the educational system. That same educational system that was causing those kids to have issues in school because it stemmed from the home environment. That same environment bled on the kids bleeding and into the school system. I knew immediately I could never live inner city in Toledo. My daughter would ask to attend Leverette, against my better judgement. I ended up going off on the principal, Leverette Middle, Steven Riddle. Again, my complaints would go untouched until 2006. Here again, 2026, same ENT who performed my surgery in 2025 at Cherry hospital. Had affiliation with the same ENT children's clinic. I have trauma around pedophiles and is part of my mental challenges. Due to, Dr. Shenahan, is now at Promedica and provided subpar follow-up care. I'm still having issues w/my septum. Since, being here I've had to make several complaints regarding HIPPA violations with Dr. Koltz office an Dr. Shydiak. During my last encounter at the office in 02/26, I was followed by someone and reported this to Waterville, OH. I ended up having to drive to Cleveland to see a plastic surgeon. Since then, I've had several difficulties filling my prescriptions with Dr. Shydiak. Dr. Shydiak mailed a fecal exam to Georgia after this. Fully knowing my current address was in Ohio. Knowing I repeatedly stated I wasn't going to take the exam. I've yet to hear back from his office regarding my GLP-1 shot. I've asked that my case be reopened in Northwood as evidence as to what I'm still experiencing. It was clear that Kenosha County was aware when I became a 911 dispatcher. That the only charge I'd ever had on my record, originated in Northwood, Ohio. The fact that the record contains no entry for the time I was detained. The fact that both defendants were immigrants. The fact that the statement for myself didn't include this grown man who was of Arabic descent wasn't charged. Again, Toledo has a well-known history of pedophiles and not responding accordingly. The pushback that I've documented via telephone, email, and in person. Is the reason, I wasn't able to properly address the case. However, shortly after leaving Ohio, I returned home to become a 911 dispatcher. The only thing on my background was Ohio. They too wanted to know why my file was so incomplete. Did the male ever get charged, as I was clear he was trying to have an intimate relationship with my child. Since, returning to Ohio, I have documented the lack of ability to do their administrative jobs at, Toledo Police, Toledo Municipal, United States Court District of Ohio, Job and family services, Toledo Lucas County homelessness board, Coc, Social Security Administration, Postal Services, Amtrak, Promedica. It will show the integrity of the information disseminated amongst these entities has caused a great strain on my mental, physical, and emotional wellbeing. Ohio, is aware of this being a sanctuary city dating back to 09/26/24. I want the manifest from that day from Amtrak, I was met with resistance. However, the conductor that was on the train was a witness. Toledo was trying to pair me with a immigrant that they felt could pass with me. The conductor that day, saw what was happening. He explicitly stated, "if you have any further issues, let me know". I'd like him called as a witness. I saw what took place in Washington, as well Asheville, NC. The so-called reports of, Hurricane Helene. I called he police then too. I also filed my first EEOC lawsuit, that I'm currently filing at the United States Courts of North District of Ohio. The fact that while at this building, Spectraforce the defendant in my lawsuit contacted me. How was my number given, seeing I'd only had it for 3 weeks and hadn't had any contact w/Spectraforce since my discharge? I also saw the immigrants during travel, a week prior on Greyhound into Detroit and Toledo. This is why I'm still being harassed in Toledo. I applied for a job and yet again, this charge appeared. I was denied a job with Georgia Department of Children and Services, while in Toledo. I speak of the administrative process as it's caused issues. They have all these different courts, bounding my only charge from Northwood to Perrysburg. It will show

what I experienced present day. Has been the same impeding, unprofessional, lack of skills and knowledge to complete their jobs. Instead, they deflect and should be charged with misconduct. Since living in Ohio, my child support payments aren't calculated properly, I received housing and then was discriminated against and am still being discriminated against for housing. I've been listed as chronically homeless, even when I returned in 2019 after losing both parents, less than a 90-day span. My father unalive here but his death wasn't reported until a month later. Yet his SSI, benefits were being extracted. I went into the office and reported this. I had no follow-up, I told SSA, who I felt had done it. I was never contacted; I just so happen to come check on him after my mother's passing. I was then again met with opposition and didn't have the mental capacity to fight back. I was again, denied any assistance from the above-mentioned entities while in Ohio. I would receive a job, with 2020 census count at the commerce building to include all administrative functions. Again, Toledo educational system is apparent in these interactions. It's insecurity in their positions which make them, project their unhealed selves. I was aware of why; this is happening and the knowledge and documentation I have. As such, the fact that I've documented push back from even Marcy Kaptor. Is indicative of the system racism and disregard for MENTAL HEALTH, pedophiles, and undocumented immigrants. I filed civil charges when I was here regarding thefts at theses Arab gas stations. Which now, I understand why it was overlooked. I'm here now and being harassed by the same ethnic groups. I've documented, Arab men following me. The treatment I received at Toledo Family Pharmacy. You all have trained these immigrants to mirror the white behavior. Again, I'm watching people who speak no English as I complained to Provide a Ride. How is someone legal and can't speak English? I've made many complaints of feeling unsafe in those rides. Lucas Metropolitan stated that they denied me due to misconduct on my record in 2019. City of Toledo, would continue to place blocks on my Driver's License. Wisconsin removed them as they were clearly been fulfilled. Again, the administrative process. I filed bankruptcy and Ohio again, tried to place those charges on my record. So, again all this is relevant to present day. In, 2019 you all did the same thing with my license. Again, most recently I paid Maumee. It was from a 2013 Charge, that was duplicated and put back on after Kenosha County removed it, due to clerical errors. What was occurring was these entities were charging me the same things by bounding it over to another court. You are literally left trying to find where your information is and who should have it. Again, my documentation will show just that. The fact that Northwood, Ohio has no record of my interview or me being in their custody is a flag. The fact that Kenosha County, had these same questions, is very apparent. In hindsight, I see why I was never able to receive any resources in Ohio. He is Kenosha County cemetery. My Grandfather was a cryptologist here in Ohio and despised this place for us. The day, I returned to take an exam at Owens, I was told I couldn't take the exam. I have yet to return to Owens, where I was pursuing a Dual degree, between R.N., & RHIT, while raising 3 kids. Where I've been involved with every teacher, basketball game, karate, field trips. This is all documented. Criminals calling me a criminal must stop!!! Toledo, took my taxes, but refuses to collect on pass due child support from Wisconsin. Denying me the ability to file my claim with a financial waiver. Stating I'm lying that I do have funds. I'm on SSDI and Toledo is aware I've been homeless. I arrived here w/Spdat already done, from Georgia. They refused to provide any continuum of care. Marcy Kaptor is also aware. Toledo would allow drunk drivers to drive to work. Resulting in the repeated native of Toledo, Albert Bell. Bell, took my car w/o license it was an opportunity for Toledo. However, wouldn't allow me privileges to drive to work after the incident w/Albert. Causing, me to do what I needed to get to work. Yet another Toxic Toledo ticket take. He'd had a severe record of driving without a license. I didn't give him my car. Yet my license and insurance coverage were affected. Since then, Albert brings in much

needed revenue for Toledo OH.   The fact that I've never encountered such systemic racism until I came to Ohio is vivid and apparent. During my time at Red Cross, Harbor Bond Fund. I documented what happened that day I boarded Amtrak. How, I'm unable to send emails to Northwood AS OF TODAY, OR to: Marcy Kaptor, 726@northwoodpolice.com. As of 03/16/26, I was able to send emails, until 03/17/26. I have all documentation from these individuals and the email error messages.   Retaliatory in nature. This is being done while I file a lawsuit. One that would include myself during boarding of Amtrack,2024, in Toledo Ohio. I want the video as well from that day at Amtrack.   I was only returning here due to having an autistic grandchild and another granddaughter.  During which it has still been the most racist, lying, and microaggressions. Little white lies, that have built up to this very moment.  The treatment I received at the Jeep plant, w/regard to not adhering to my disabilities. I left here 12 years ago and have done better ever since until returning here. I will not sit by and be intimidated, defamed, mentally and financially assaulted.  Toledo, also needs to work on disseminating information based on laws without integrity.  Beginning at the United States Court district of Northwestern Ohio. It has been a collective effort to impend upon my rights. Done through retaliatory natures, malicious use of authority and intimidating factors.  Great irritation with the inability to execute one's duties.  Resulting in a severe lack of providing assistance. Inaccurate record keeping. All the phones' calls, I was threatened not to record. Lack of proper documentation in the only charge and is the true misconduct. Northwood, OH, along w/neighboring cities.  My ability to records is based on me being a participant to the conversation. Now I'm being met with abrasive behavior over the phone.  Again, impeding on my civil rights.  My mental, physical, financial, are in disgust.  You all are sponsoring all these illegals, while in Toledo. Here, I had to file theft for Family Dollar in 12/26. I'm not paying for your meth heads, illegal immigrants and pedophiles. I want my interview that was completed in Northwood, Ohio. I ended up calling the ambulance in regards to the harassing treatment at 1716 Spielbusch, on 03/12/26. It's not a coincidence I was fired for misconduct most recently while in Toledo.  I also placed a call to Toledo Police during that same time I was in Ohio and 2 days before I was discharged. I want the 2 police officers who responded to the call that day in 2024. Again, how did Spectraforce obtain my new number?

I want the name of the attendant at the Amktrack bus station


All calls from Toledo police department

Saint Vincent hospital

Complaint

State of Ohio,

My attempt was to document the correlations between all these complaints. As such some things will be repeated for contextual purposes. These complaints have been documented over a span of 10-12 years. During which time, I lost both parents within less than a 90day span. Again, where all of these entities chose not to respond. SSI & Toledo Police failed at their administrative duties. Why wasn't I notified, why wasn't SSI notified? Instead, his SSI check was still being spent. Prior to that I lost of my grandfather in 2011. I lost a teenage nephew in Toledo, due to lack of mental health response, a high-speed chase ensued. Due to the release of his, pedophilic, rapist, schizophrenic father, who stabbed the same half-sister I called the police on in 09/2023.Would lose another nephew in Georgia to Covid, in 2021. As well, another nephew being housed in Toledo for stabbing his brother. He as well was schizophrenic. Toledo failed to respond appropriately. Since being here and previously. History will show the lack of adherence to mental health. I was never diagnosed with any mental health challenge until living and raising my children in Toledo. Because I was grieving, trying to raise my children, in this awful environment. You all make choices to cover up your illegal activates. Without regard to how it impacted my life. I'm probably one of the most moral individual Toledo has encountered and it's clear. Trying to mirror me because you know you are the real criminals. Criminals project to keep their conscious intact and lies intact. People lie solely out of fear. That is how Ohio has chosen to respond. Even during my application period for SSDI benefits. Again, met with deflective behavior due to the inability to execute one's duties. Again, no regard for my mental health. These Choices, have impacted the core of my being. History will show the United States is good at, railroading whistleblowers. Toledo left me no choice but relinquish temporary custody to his father in 2014, in Toledo. As it was for his best interest due to the continued troubles w/my license and Toledo as a whole. My tenor w/Red Cross had come to a close. Again, I left and returned to Wisconsin to become a 911 dispatcher. Giving my son's father temporary custody, was detrimental to my mental state. Even then I couldn't get any assistance with anything from the state resources. So, I want to ensure that it's understood. Ohio did everything that they could to wreak havoc on my mental, physical, emotional, financial, and character. When Kenosha asked for the complete file during my thorough background check. The only charge I've ever had, misconduct. They, Kenosha County wanted the complete file back in 2016. Myself, I wanted to move on. So now that you all are still attempting to act clueless. It's evident you are complicit in these current charges. I want all my complaints looked at again, Kroger's Klux Klan complaint as well. Each time, I didn't have the mental or physical capacity to follow through. Nor support at the time to contend with these entities. Each instance was intended to leave me in shambles. That's why I'm able to recall them so vividly. Why I kept all documentation. What I can't articulate the evidence will speak. I've only witnessed misconduct amongst white elites. Most notably present day. So again, it's funny when the powers that be, lose all decorum amongst their constituents. Did you reading this, get fired? When all of you that are of European decent are complicit, intentional criminals. What was displayed there is still sensitive training needing to occur with Ohio officers. While visiting the United States Supreme Court Northern District of Ohio. The so called, officers should not have to touch me to provide me simple instruction. When passing through a metal detector. Especially after having just made complaints the same day at this locale. The same complaints, regarding being followed around and harassed by a white security guard, on 03/12/26. So again, you all conspired against me since this misconduct charge from 2013. It's all these entities that have lied against my character and integrity. I was protecting my

daughter from an illegal pedophile. Coincidentally, my statement along with any record of me being detained at Northwood is missing. I've documented the mental anguish the interaction with these entities yet again. Resulting most recent with an ambulance call made for an anxiety. While at the US Northern District Supreme Court. During these attempts to justice, you conspire against my character and continue do too so. I keep hearing, misconduct only from these entities. You all have taken me through shit and want me to smell like roses. You can't be repeated offender and ask me how to respond to your disrespect and disregard for human life. I'm not here to be liked by you all. Why is this city is so ugly? It is mirroring the people who maintain the corrupt energy in Ohio. Should they choose to employ based on skills and integrity this would not ha/e happened. Thneed to be so tenacious if I wasn't met w/tenacious resistance. Resistance to what's not only moral but legal. I worked at the 2020 census count in Georgia at the Commerce building. So again, why do I end up with these type of positions as I have in Ohio. Yet all of a sudden, you're mirroring your behavior with mine. Misconduct again with these entities from the same state of JD Vance. Coincidence, I gather, no? It was a statement not a question. I have continued to document the instances over the years. Just like now this is a repeated scenarios when trying resolve these offenses I keep reporting. Just like now I'm going to keep documenting the treatment due lack of ability and moral integrity. I was diagnosed w/depression & anxiety in 2010, 6 years after being here. It wasn't until I returned home to Kenosha that I began to regain my life. Even then if it had not been from Kenosha County you all would've continued to block my license at whim. That's why when they questioned the charge in Northwood, I just wanted to move on. Toledo Toxicity Traumatized me. Again, the supposed misconduct is a use of my words and tone that the United States Curated. I won't be burdened by the inabilities of White American, imposters to do their jobs! while setting a standard Stanley knows must could never and have never achieved. I'm all over the place as you all have repeatedly said. Due to the erroneous nature of your so-called business. In 2019, when I came Toledo, you all failed me yet again. I lost both my parents in 2019 and 1 was in Toledo. Let the record show my license was suspended again by Toledo erroneous and incapable nature. I will not continue to be impeded upon by your inabilities to properly function. This documentation is mirroring Toledo's documentation practices. This so-called disorganization is to cause great frustration. So, you all can say yet again misconduct against Grown White Men, Men who are unable to reframe from acts of misconduct. I want my interactions from the United States Court District. It's clear you all are made I can clearly articulate & substantiate each instance. AGAIN, Daryl the magistrate where is the documentation to show my earnings or hidden money? So, yes, I have zero patients for the inability to be not only moral, but inability to lead with emotional intelligence and awareness. To be able to organize your illegal legal system. You all are failed to assist me time and time again. Corruption isn't linear. These implications aren't mis founded, misguided and at this point a tantrum. Provide the documentation that I asked for as I provided the documentation for the fee waiver. I'm not here to organize you all's mess and now it's accountability time. Not continue to deflect, project and mirror your erroneous nature. You caused irrevocable harm and continued too knowingly do so. Was it retaliatory after Wisconsin also noticed the egregious documentation areas? Again, most recently in Maumee, where I paid another fee for the traffic tickets that were already paid for. Wisconsin issued my license as soon as I left here and became a 911 dispatcher. So, I won't be staying in your city as it is unsafe, ill equipped and downright morally disgusting. I will be looking for financial compensation for your and continued negligence. Since., my disabilities and homeless status has been ignored and her system is still unaccountable and unorganized. I'd like all my records for the respective parties be accessed. I don't have the mental bandwidth to continue to be harassed and

disrespected to only be told, I'm too loud. Oh, she's speaking intelligently, but charge me with misconduct for response to your repeated neglect and lack of accountability as to how your behavior has affected my life. I have no record of misconduct except with Toledo. That's their deflection mechanism. I want all video from Amtrak, the manifesto, the conductor's name who ensured if I had any problems he would be on until PA. So, I understand the coverup but it stops here. Where is my record of being detained in Northwood Ohio? Where is the interview and my statement concerning the age of the male Muslim or Arab? The woman witnesses who was actually complaining was Latin, was she legal? So again, if it's all over the place it's because corruption isn't linear. Conspiracies take many entities to knowingly cause harm to an individual and continue to do so. I also have perspective gained from the 2020 Census, and the lengths to win the political campaigns. Without that so called power you all lack any real confidence or attention. IAM M.O.N.E.Y, my Own natural energy yield. Your system is designed to drain and harness energy. I don't fool with the likes of you all as you truly can't afford me. What I have money can't buy a moral compass, empathy, real intelligence, the ability to maneuver in all terrains, accountability, integrity. Something your money can't buy! You will however compensate me for the gross nature in which you chose then and continued to choose. It just shows desperation jealousy and envy. I don't need ChatGP to articulate my thoughts clearly. I graduated from PSI w/honors and externship w/Toledo hospital. Along with a letter of recommendation. The fact that my job as a 911 dispatcher, required communication. I completed 90% of a dual degree in applied science, raising 3 kids, all graduates. Speak to the facts. I can see that your handshakes don't have heart coherence. My records from Wisconsin will show advanced classes. I played the clarinet, took tap and dance. Being very active in so many activities and departments in school. AS well, why my children were while here in Toledo. Wisconsin is a state who invested in my education and it shows. why I was able to beat out thousands for a 911 position that ended w/2 selected. So, stop trying to defame my character. throughout this process haven't been met with any consideration, empathy or to do one's job.  Now that you all are being inconvenienced, and so called harassed it's a problem. No, it's Karma You all have been supplying the dream for immigrants. As a law-abiding citizen, my entire life, I've been mishandled by criminals. Whose sponsoring me? I didn't ask to be over here. Where are the reparations for the free labor, sexual, physical, and emotional, decisive, and patterned abuse? The type of jobs I work require more from women of color. They also require record free of misconduct. It was okay for you to falsely accuse me. However, when I instead accuse and validates your continued discriminatory and retaliatory, gross negligent behavior. Nothing has been done besides attempting to humble me. Attempting to have me like the majority of your residents. I worked in methadone lab here in Toledo. So, no Thank you, I don't use narcotics, meth, nor have I ever. So, you wanted me part of the homeless and transient population. You somehow wanted to humble me and defame my character. Prevent me from future viable employment, while the criminals continued to abuse of power.

You all figured out I was in Toledo, in 2023 when I made the call to Toledo police, again records will show it was for political gain. You all knew of the history, I'd had w/Toledo. This would include up to 2019, upon my return to find my father had been unalived. However, wasn't reported dead until a supposed month after he unalived. Again, why was his death not reported to SSI. Why was I not contacted? You all have the means to make at least an attempt to make a death notice. Again, these same entities would become triggered, thus harassing, intimidation and lack of abilities and assistance ensues. The fact that Spectraforce discharged me during the illegal activities I was witness to at Amtrack as my ticket, video, conductor, Amtrak attendant, the time in Washington, and North Carolina video and amtrack video should collaborate. I guess that video and footage will come up missing as well. The

missing video will also collaborate these statements.  You all knew I became a 911 dispatcher after leaving Toledo in Wisconsin.  Just like at Kroger's they saw I was in Toledo and used the complaints I'd made about the pharmacy repeated misconduct.  So, when I returned to Georgia the first thing, was the pharmacist using my complaint of the issuing a narcotic instead of my spironolactone.  So, as they are very reactive, and saw I was in Toledo KKK.  I hadn't been in either store.  So, who's lying as I was refused service during this same time.  I have continued issues with KKK on Monroe.  Documentation will show I have little to no contact w/KKK.  Due to their egregious misconduct.  I can go to any other KKK that isn't in a dominant immigrant community and have no issues.  KKK, has yet to document respond.  How can I be in Toledo and Norcross at the same time?  Especially given I've been on a deterred political gain train for 7 days.  While they covered up their illegal immigrants.  Keep in mind, Trump campaign was well under way by 2024.  My reports were ignored in Toledo, Washington, North Carolina and Georgia.   Amtrack in Toledo racially profiled me by trying to pair me with Africans, Indians, and Haitians.  I paid for an entire seat and was still Amtrack was insisting I sit with whoever this was. Again, the conductor a white, short male, intervened.  I want him interviewed.  My presence was clearly alerting and noted.  The chances of me reporting anything were high and correct, compounded with my history.  I was aware of my surrounding., they knew I was aware given the history.  Definitely was traumatized again by the misconduct, discriminatory practices, and sheer negligence.

Complaint


Toledo, Maumee, Traffic Division-Erroneous gross areas with duplication of charges, causing illegal bench warrants and blocking of license after all items had been fulfilled.  Did it again in 08/02/26, in Maumee for an old bench warrant again.  Kenosha County gave me my license after seeing this when I became a 911 dispatcher.  I come back and Maumee placed another block on my license.  What my records will show is that there is erroneous bookkeeping and record keeping within these entities.  Intentional or not.   Bounding my cases to where things didn't occur.  Of course, will cause confusion.  This was done without proper notification nor reason.  A lot of this stuff just like the coin laundromats here are to continue to use fake store fronts.  Who still uses coins in today's world at a laundromat?  Why aren't any of these cars ever sold at Monroe Street Auto.  Again, I want my cases reviewed and compensation as this ordeal caused me to lose jobs, affect my mental and physical health.  While I was met with the same resistance you see today.


Toledo Police failing to alert or attempt to alert me of my father's death in a timely manner.  He was dead for over a month, supposedly yet his SSI check was being spent.  Failing to follow-up with me for my requests for all documentation of the incident.  Showed no regard yet again for human life.  I was in town checking on him as I'd just buried my mother in Alabama from Wisconsin.  Again, I'm requesting all documentation and have requested all documentation and have the calls to prove it.  Being met with the same resistance in 2013, when I was trying to have my case looked at in Northwood Police Department,